**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEON BLACK,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GARCIA,<br><br>Defendant. | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>Case No. 26-cv-9663 |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm Hogan Lovells Cadwalader US LLP and a member in good standing of the Bars of the State of New York and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Leon Black. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: November 4, 2026

s/ Aaron Cutler .
Aaron Cutler
Hogan Lovells Cadwalader US LLP
555 Thirteenth Street, NW
Washington, DC 20004
aaron.cutler@hlc.com
1 (202) 637-5648